**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEBBIE ALLEN,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:10-cv-00418-RHB |
| | ) | |
| v. | ) | Judge Bell |
| | ) | |
| **IC SYSTEMS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

                                          /s/ Robert Holmes Bell
                                          Hon. Robert Holmes Bell
                                          United States District Judge

Dated:  July 27, 2010